UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                              CASE NO.:
BALLY ENGINEERED STRUCTURES                         94-01234-8-JRL

## REPORT OF UNCLAIMED FUNDS
### (Rule 3011 of the Federal Rules of Bankruptcy Procedure)

Under Rule 3011 of the Federal Rules of Bankruptcy Procedure, Unclaimed Funds in a Chapter 7 Liquidation, a list of all known names and Address of the entities and the amount which they are entitled to be paid from the remaining property of the estate shall be filed with the Clerk.

| Claim No.: | Name and Last Known Address of Claimant: | Amount of Dividend: |
|---|---|---|
| 536 | Arthur F. Smith<br>P. O. Box 203<br>Bechtelsville, PA 19505 | $180.04 |
| T-09 | Best Locking Systems of PA<br>P. O. Box 29<br>Malvern, PA 19355 | $5,204.10 |
| T-02 | Braswell Equipment Company, Inc.<br>d/b/a Braswell Arnold Omega, Inc.<br>P. O. Box 1299<br>Wilson, NC 27893 | $16.13 |
| 441 | Calgon Corporation<br>P. O. Box 1346<br>Pittsburgh, PA 15230 | $68.06 |
| T-46 | Carl's Blueprinting<br>450 Sunshine Lane<br>Reno, NV 89502 | $16.76 |
| T-26 | Carolina Travel & Tours, Inc.<br>P. O. Box 1467<br>Morehead City, NC 28557 | $103.68 |

| | | |
|---|---|---|
| T-32 | Carteret County Tax Office<br>Courthouse Square<br>Beaufort, NC 28516 | $24.34 |
| T-110 | Coast to Coast Computer Pro.<br>P. O. Box 2418<br>North Hills, PA 91393 | $88.37 |
| T-25 | Coleman Electric Company, Inc.<br>530-544 N. Seventh Street<br>Allentown, PA 18102-2897 | $305.86 |
| T-74 | Covenant Transport<br>P. O. Box 81443<br>Raleigh, NC 27619 | $11,114.19 |
| T-75 | Craven Electric Supply Co., Inc.<br>P. O. Box 1368<br>New Bern, NC 28560 | $58.68 |
| T-67 | Dillard Paper Company<br>P. O. Box 1558<br>Wilmington, NC 28402 | $431.66 |
| 477 | Edward Magill<br>19 Hardt Hill Road<br>Bechtelsville, PA 19505 | $77.89 |
| T-13 | Heatcraft, Inc.<br>4900 Lewis Road<br>Stone Mountain, GA 30083 | $2,380.54 |
| T-62 | J. Fegely & Son, Inc.<br>P. O. Box 4010<br>Reading, PA 19606 | $1,514.66 |
| 533 | Martin L. Geist<br>P. O. Box 52<br>Macungie, PA 18062 | $76.85 |
| T-60 | Nastech Doors, Inc.<br>78 Hawk Valley Drive<br>Denver, PA 17517 | $195.87 |

| | | |
|---|---|---|
| 530 | Nevin L. Miller<br>547 Penn Court<br>Emmaus, PA 18049 | $79.97 |
| T-64 | Personnell Service, Inc.<br>955 Greg Street<br>Sparks, NV 89431 | $1,637.06 |
| T-33 | Poly Plus Mfg. Co.<br>27A Commerce Street<br>Chatham, NJ 07928 | $78.00 |
| T-57 | Premco Machine Company, Inc.<br>P. O. Box 6063<br>Santa Rosa, CA 95406 | $183.01 |
| T-61 | Raleigh Office Supply Co. Inc.<br>P. O. Box 2060<br>Raleigh, NC 27602-2060 | $505.58 |
| 490 | Richard L. Reidnauer<br>364 Minor Street<br>Apt. #2<br>Emmaus, PA 18049 | $129.59 |
| 511 | Robert A. Schott<br>40 Locus Street<br>Macungie, PA 18062 | $202.48 |
| 531 | Robert C. Kelsch<br>424 Church Street<br>Royersford, PA 19468 | $25.57 |
| T-36 | Sales Systems, LTD<br>810 Hickory Lane<br>Allentown, PA 18016 | $4,119.46 |
| 491 | Shirlene Stufflet<br>P. O. Box 723<br>Trexlertown, PA 18087 | $256.17 |
| 424 | South Hills DataComm<br>760 Beechnut Drive<br>Pittsburg, PA 15205 | $80.87 |

| | | |
|---|---|---|
| T-29 | Sunox, Inc.<br>P. O. Box 33871<br>Charlotte, NC 28233 | $451.78 |
| 480 | Thomas K. Holiday<br>2037 Bethesda Church Road<br>East Greenville, PA 18041 | $120.10 |
| T-71 | Thypin Steel Company, Inc.<br>49-4 30th Street<br>Long Island, NY 11101 | $18,634.84 |
| T-90 | Vector Manufacturing Corp.<br>1335 Greg Street<br>Unit 104<br>Sparks, NV 89431 | $2,814.85 |
| T-104 | W.R. Gibbens, Inc.<br>1610 Meadow Wood Lane<br>Reno, NV 89502 | $346.02 |
| 488 | Larry Defrain<br>53 North 2nd Street<br>Emmaus, PA 18049 | $25.99 |
| T-107 | Fast Page, Inc.<br>P. O. Box 11527<br>Renvo, NV 89510 | $26.73 |
| 419 | Ohio Department of Taxation<br>P. O. Box 530<br>Columbus, OH 43266 | $626.44 |
| 482 | Scott A. Specht<br>583 N. Manatanny Street<br>Pottstown, PA 19464 | $158.98 |
| T-120 | Travelers Ins.<br>388 East Main Street<br>Branford, CT 06405 | $118,987.17 |
| | Internal Revenue Service<br>Memphis, TN | $988.83 |

This the 21st day of June, 2004.

                                        Law Office of Stephen L. Beaman, P.A.

                                        By: _____
                                        Stephen L. Beaman, N.C. State Bar No. 6021
                                        P.O. Box 1907, Wilson, NC 27894-1907
                                        Phone (252) 237-9020 Fax (252) 243-5174
                                             email sbeaman@beamanlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Report of Unclaimed Funds was served on the persons listed therein and the parties named below, on this date by mailing a copy of the said document to them at their address, by depositing the same in a postpaid, properly addressed wrapper in a Post Office or other official depository under the exclusive care and custody of the U.S. Postal Service.

This the __21ˢᵗ__ day of June, 2004.

Law Office of Stephen L. Beaman, P.A.

By: _____

Stephen L. Beaman, N.C. State Bar No. 6021
P.O. Box 1907, Wilson, NC 27894-1907
Phone (252) 237-9020 Fax (252) 243-5174
email sbeaman@beamanlaw.com

SERVED ON:

Bankruptcy Administrator
P. O. Box 3758
Wilson, NC 27894